■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHON M. PATTON, Appellant. [890 NYS2d 858]—

Present—Hurlbutt, J.P., Peradotto, Carni, Pine and Gorski, JJ.